# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ALCALA, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>   -against-<br><br>FAREPORTAL, INC. and SHAILESH JAIN,<br><br>   Defendants. | Case No. 1:20-CV-07274 (KPF) |

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties herein, that the above-entitled action is hereby discontinued with prejudice and without costs to any party.

Dated: ~~January~~ February 11, 2021

| BROWN KWON & LAM, LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| *(signature)* | *(signature)* |
| William Brown | Jonathan Stoler |
| 521 5th Avenue, Suite 1744 | Scott T. Earl |
| New York, NY 10175 | 30 Rockefeller Plaza, 39th Floor |
| Tel: (718) 971-0326 | New York, NY 10112 |
| Fax: (718) 795-1642 | Tel.: (212) 653-8700 |
| *Attorneys for Plaintiff* | Fax: (212) 653-8701 |
| | *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. Katherine Polk Failla
United States District Court Judge

SMRH:4827-6058-7990.4

47CT-323248