**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ALCALA, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>FAREPORTAL, INC. and SHAILESH JAIN,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-CV-07274 (KPF) |

  **IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties herein, that the above-entitled action is hereby discontinued with prejudice and without costs to any party.

Dated: ~~January~~ February 11, 2021

BROWN KWON & LAM, LLP

_/s/ William Brown_
William Brown
521 5th Avenue, Suite 1744
New York, NY 10175
Tel: (718) 971-0326
Fax: (718) 795-1642
*Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

_/s/ Jonathan Stoler_
Jonathan Stoler
Scott T. Earl
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701
*Attorneys for Defendants*

SO ORDERED:

_/s/ Katherine Polk Failla_
Hon. Katherine Polk Failla
United States District Court Judge

Dated:　February 16, 2021
　　　　New York, New York

SMRH:4827-6058-7990.4

47CT-323248